## (December 14, 1936.)

TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Trust Created by Deed from JAMES JENNINGS McCOMB and MARY ESTHER McCOMB, His Wife, Dated June 16th, 1892, v. THE NEW YORK DEACONESS ASSOCIATION OF THE METHODIST EPISCOPAL CHURCH, Impleaded, etc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

TITLE GUARANTEE AND TRUST COMPANY, as Trustee, etc., v. THE NEW YORK DEACONESS ASSOCIATION OF THE METHODIST EPISCOPAL CHURCH, Impleaded, etc.— Motion for a stay pending the granting or final refusal by the Court of Appeals of leave to appeal to that court granted, upon condition that the defendant-appellant file the undertakings prescribed by sections 593 and 598 of the Civil Practice Act. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

## (December 18, 1936.)

M. PACHMAN, INC., Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JULIUS GARFIELD and GEORGE GARFIELD, Respondents, v. EDWARD A. STAHL, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order upon payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARIE H. RICHTER, Respondent, v. HERMAN SHEINHOUSE, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

ROSE GUASTELLA and Another, Appellants, v. 205 EAST 67TH STREET CORPORATION, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HANLEY HENOCH and S. STELLA HENOCH, Respondents, v. WILLIAM F. WEICHBRODT and HELEN WEICHBRODT, Appellants, Impleaded with Others.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

GRANADA VINEYARDS, INC., Respondent, v. FRUIT INDUSTRIES, LTD., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JOSEPH M. COLLINS, Respondent, v. CLIFTON A. EDWARDS, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MARIE RAPPOLD, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

NAT KAUFMAN, Appellant, v. LOUIS J. JAFFEE and Others, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon and Untermyer, JJ.